UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARTIN MILANO,

                Plaintiff,

vs.

MIDDLETOWN ENLARGED CITY SCHOOL
DISTRICT, PETER ANCONA, Director of
Technology, PATRICIA MCLEOD, former
Superintendent of Schools, KENNETH
EASTWOOD, Superintendent of Schools,
VINCENT CRESCENZO, President of the Board
of Education, sued in their individual capacities,

                Defendants.

Case no. 05 Civ. 4526

---

## **COUNTER-STATEMENT OF MATERIAL FACTS**

1. Admitted.

2. Admitted.

3. The Plaintiff's Paragraph "3" is a question of statutory interpretation and/or a question of law for the Court to determine. The applicability of Civil Service Law §7 is not an uncontested fact.

4. Admitted.

5. Denied. The employment position of the Plaintiff, Martin Milano, was eliminated by the Defendant, Middletown Enlarged City School District, for non-retaliatory budgetary reasons. (See Affidavit of Kenneth Eastwood, June 16, 2006, at ¶¶9-16; Affidavit of Vincent Crescenzo, June 16, 2006, at ¶¶4-5).

6. Denied. (See ¶5 hereinabove), as no charges or hearing were necessary, relevant or applicable.

Dated: Rochester, NY
         July 14, 2006

Respectfully submitted,

GALLO & IACOVANGELO, LLP

_____
Joseph B. Rizzo, Esq. of Counsel
Attorneys for Defendants, Middletown
  Enlarged City School District,
  Patricia Mcleod, Kenneth Eastwood
  and Vincent Crescenzo
39 State Street, Suite 700
Rochester, NY  14614
Telephone: (585) 454-7145
Facsimile:  (585) 454-2102